IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HARVEST GROUP, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-20-435-C |
| ) | |
| LOVE'S TRAVEL STOPS & COUNTRY ) | |
| STORES, INC., and MUSKET ) | |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## J U D G M E N T

Upon consideration of the pleadings herein, the Court finds that Defendants' Motion for Summary Judgment should be granted. Judgment is therefore entered on behalf of all Defendants and against Plaintiff.

DATED this 20th day of September 2022.

ROBIN J. CAUTHRON
United States District Judge